**NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-24-0000775
05-JUN-2025
07:45 AM
Dkt. 79 ODMR**

NO. CAAP-24-0000775

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


ASSOCIATION OF APARTMENT OWNERS OF KUHIO SHORES AT POIPU,
Plaintiff/Counterclaim Defendant-Appellee, v.
WILLIAM H. GILLIAM, Defendant-Appellant,
and
PACIFIC RIM PROPERTY SERVICE CORPORATION, a Hawaii Corporation,
Defendant/Counterclaimant-Appellee; DIRECTOR OF FINANCE,
COUNTY OF KAUAI, Defendant-Appellee,
and
JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10;
DOE CORPORATIONS 1-10; DOE ENTITIES 1-10; and DOE
GOVERNMENTAL UNITS 1-10, Defendants


APPEAL FROM THE CIRCUIT COURT OF THE FIFTH CIRCUIT
(CASE NO. 5CC161000063)


ORDER DENYING MOTION FOR RECONSIDERATION
(By: Leonard, Acting Chief Judge, Hiraoka, and McCullen, JJ.)

Upon review of self-represented Defendant-Appellant William Gilliam's (**Gilliam**) May 29, 2025 "Motion to Reconsider Pursuant to HRAP 40" (**Motion**), the papers in support, and the record, it appears that Gilliam moves for reconsideration of our May 19, 2025 Order dismissing this appeal for lack of jurisdiction. The Motion presents no point of law or fact we overlooked or misapprehended. See Hawai'i Rules of Appellate Procedure Rule 40(b).

Therefore, IT IS HEREBY ORDERED that the Motion is denied.

DATED: Honolulu, Hawaiʻi, June 5, 2025.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge